This pro se plaintiff states he invokes our jurisdiction pursuant to ”28 U.S.C. §1491 et seq.” Defendant moves to dismiss. The grievances alleged by plaintiff in paragraphs (or counts) 1-9, do not set forth claims within the statutory jurisdiction of this court under the code provisions plaintiff refers to or any other. The grievances alleged in paragraph (or count) 10 —
"I received improper pay from the Air Force. My savings never reached the bank” —
are not alleged with the specificity required by our Rule 35(a) and fail to inform defendant, e.g., whether plaintiff was a civilian or military employee of the Air Force, when plaintiff was employed and where, so that defendant might investigate and prepare a response. Plaintiff gives an address in a foreign country, South Korea, but does not state whether or not he is a U. S. citizen, or if not, whether South Korea would entertain a similar claim by a U. S. citizen against South Korea.
*718 Accordingly, upon motion by defendant, but without oral argument, no response by plaintiff having been received to defendant’s motion, though the time for such response has expired, the petition is dismissed.